UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAIME ACOSTA,<br><br>    Petitioner,<br><br>    v.<br><br>M. S. EVANS,<br><br>    Respondent. | Case No. EDCV 08-01628 PSG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Objections are overruled because they principally reiterate arguments that lack merit for the reasons set forth in the R&R and raise other arguments that do not show the findings and conclusions in the R&R are erroneous.

2. The R&R is approved and adopted.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: December 21, 2010          PHILIP S. GUTIERREZ
                                                 PHILIP S. GUTIERREZ
                                                 UNITED STATES DISTRICT JUDGE