ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JAIME ACOSTA,<br>　　　　Petitioner,<br>　　v.<br>M. S. EVANS,<br>　　　　Respondent. | Case No.  EDCV 08-01628 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 21, 2010

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY